IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY WILLOUGHBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:04cv849-T |
| | ) | (WO) |
| WAL-MART ASSOCIATES, INC., | ) | |
| a foreign corporation, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that plaintiff's motion to continue (Doc. No. 43) is denied.  In the uniform scheduling order entered on October 21, 2004 (Doc. No. 19), the court set the pretrial hearing for June 9, 2005.  Plaintiff has therefore known about the June 9 date since October 21, 2004, and plaintiff did nothing.

DONE, this the 4th day of May, 2005.

　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE