IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY WILLOUGHBY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 1:04cv849-MHT |
| WAL-MART, ASSOCIATES, INC., | ) | (WO) |
| a foreign corporation, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

Based on the stipulation of dismissal (Doc. No. 58), filed February 15, 2006, it is the ORDER, JUDGMENT, and DECREE of the court that all claims between plaintiff Jerry Willoughby and defendant Wal-Mart, Associates, Inc. are dismissed with prejudice.

Pursuant to the parties' oral agreement that defendant Southeast Alabama Medical Center is not a proper party to this lawsuit, it is further ORDERED that all claims by and against defendant Southeast Alabama Medical Center are dismissed.

It is further ORDERED that all outstanding motions are denied as moot.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of February, 2006.

                                   /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE